BENJAMIN B. WAGNER
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, CA 95814-2322
Telephone: (916) 554-2760
Facsimile: (916) 554-2900
Email: yoshinori.himel@usdoj.gov

Attorney for Petitioner United States of America

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:11-cv-01971-AWI-SMS |
| Petitioner, | **ORDER TO SHOW CAUSE RE: ENFORCEMENT OF INTERNAL REVENUE SERVICE SUMMONS** |
| v. | |
| KEITH J. WILDES, | TAXPAYER: KEITH J. WILDES |
| Respondent. | Date: Wednesday, February 1, 2012<br>Time: 10:00 a.m.<br>Ctrm: 1 (Hon. Sandra M. Snyder) |

Upon review of the Verified Petition to Enforce Internal Revenue Service Summons and the Memorandum of Points and Authorities filed in support of the petition by the United States of America,

IT IS HEREBY ORDERED that Respondent, KEITH J. WILDES, appear before United States Magistrate Judge Sandra M. Snyder in Courtroom No. 1 on the Eighth Floor of the United States Courthouse, 2500 Tulare Street, Fresno, California, 93721, on Wednesday, February 1, 2012, at 10:00 a.m. to show cause why Respondent should not be compelled to obey the Internal Revenue Service summons served upon Respondent on July 13, 2011, and attached to the United States' Verified Petition to Enforce Internal Revenue Service Summons.

///

1        IT IS HEREBY FURTHER ORDERED that a copy of this Order to Show Cause,
2 together with one copy each of the Verified Petition to Enforce Internal Revenue Service
3 Summons and the Memorandum of Points and Authorities filed in support of the petition,
4 shall be served upon Respondent by any means of service permitted by Fed. R. Civ. P.
5 4(e).  To allow adequate time for Petitioner and the Court to deal with any written
6 response filed under the next paragraph, service should be performed as soon as
7 reasonably possible.  If Petitioner is unable to serve Respondent despite making
8 reasonable efforts to do so, Petitioners may request a court order granting leave to serve
9 by other means.  <u>See</u> Fed. R. Civ. P. 81(a)(5).
10       IT IS HEREBY FURTHER ORDERED that within fourteen (14) days from the
11 date of service of a copy of this Order to Show Cause and accompanying papers,
12 Respondent shall file and serve a written response to the Petition to Enforce Internal
13 Revenue Service Summons, supported by appropriate declaration(s), as well as any
14 motions the Respondents desire to make.  Petitioner may file a reply.  Only issues raised
15 by the written response and supported by declaration(s) will be considered on the return
16 date of this Order, and any uncontested allegations in the Verified Petition to Enforce
17 Internal Revenue Service Summons will be deemed admitted.  If the summons is
18 enforced, the Court is expected to retain jurisdiction to enforce its order by its contempt
19 power.

21 IT IS SO ORDERED.
22 **Dated:   December 5, 2011**            **/s/ Sandra M. Snyder**
                                         UNITED STATES MAGISTRATE JUDGE