BENJAMIN B. WAGNER
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, CA 95814-2322
Telephone:  (916) 554-2760
Facsimile:  (916) 554-2900
Email: yoshinori.himel@usdoj.gov

Attorney for Petitioner United States of America

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>KEITH J. WILDES,<br><br>　　　　Respondent.<br>_____ | Case No. 1:11-cv-01971-AWI-SMS<br><br>**PETITIONER'S REQUEST FOR CONTINUANCE OF ORDER TO SHOW CAUSE HEARING; ORDER THEREON**<br><br>TAXPAYER: KEITH J. WILDES<br><br>**OLD HEARING DATE:**<br>**Date:**  Wednesday, February 1, 2012<br>**Time:** 10:00 a.m.<br>**Ctrm:** 1 (Honorable Sandra M. Snyder)<br><br>**NEW HEARING DATE:**<br>Date:   Wednesday, March 7, 2012<br>Time:   10:30 a.m.<br>Ctrm:   1 (Honorable Sandra M. Snyder) |

　　　Petitioner, the United States of America, through its undersigned counsel, requests continuance of the Order to Show Cause Hearing, currently scheduled for February 1, 2012, to March 7, 2012, at 10:30 a.m.  Petitioner needs additional time to locate Respondent, Keith J. Wildes, to effect service of process upon him.

Dated:  January 31, 2012　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　By:　　/s/ *YHimel*
　　　　　　　　　　　　　　　　　　　YOSHINORI H.T. HIMEL
　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

1

PETITIONER'S REQUEST FOR CONTINUANCE OF ORDER TO SHOW CAUSE HEARING; [PROPOSED] ORDER THEREON

## **ORDER**

IT IS HEREBY ORDERED that the hearing set by the Order to Show Cause filed on December 6, 2012, is CONTINUED from February 1, 2012 at 10:00 a.m. in Courtroom No. 1 before Judge Snyder to March 7, 2012 at 10:30 a.m. in Courtroom No. 1 before Judge Snyder.

IT IS SO ORDERED.

Dated:   January 31, 2012                             /s/ Sandra M. Snyder
                                                    UNITED STATES MAGISTRATE JUDGE

PETITIONER'S REQUEST FOR CONTINUANCE OF ORDER TO SHOW CAUSE HEARING; [PROPOSED] ORDER THEREON