BENJAMIN B. WAGNER
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, CA 95814-2322
Telephone:  (916) 554-2760
Facsimile:  (916) 554-2900
Email: yoshinori.himel@usdoj.gov

Attorney for Petitioner United States of America

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:11-cv-01971-AWI-SMS |
| ) | |
| Petitioner, ) | **PETITIONER'S REQUEST FOR** |
| ) | **CONTINUANCE OF ORDER TO SHOW** |
| v. ) | **CAUSE HEARING; ORDER THEREON** |
| ) | |
| ) | |
| KEITH J. WILDES, ) | TAXPAYER: KEITH J. WILDES |
| ) | |
| Respondent. ) | **OLD HEARING DATE:** |
| ) | **Date:**  Wednesday, February 1, 2012 |
| ) | **Time:** 10:00 a.m. |
| _____ ) | **Ctrm:** 1 (Honorable Sandra M. Snyder) |

**NEW HEARING DATE:**
Date:  Wednesday, March 7, 2012
Time:  10:30 a.m.
Ctrm:  1 (Honorable Sandra M. Snyder)

        Petitioner, the United States of America, through its undersigned counsel, requests

continuance of the Order to Show Cause Hearing, currently scheduled for February 1, 2012, to

March 7, 2012, at 10:30 a.m.  Petitioner needs additional time to locate Respondent, Keith J.

Wildes, to effect service of process upon him.

Dated:  January 31, 2012                  BENJAMIN B. WAGNER
                                          United States Attorney

                               By:    /s/ YHimel
                                      _____
                                      YOSHINORI H.T. HIMEL
                                      Assistant U.S. Attorney

**<u>ORDER</u>**

IT IS HEREBY ORDERED that the hearing set by the Order to Show Cause filed
on December 6, 2012, is CONTINUED from February 1, 2012 at 10:00 a.m. in
Courtroom No. 1 before Judge Snyder to March 7, 2012 at 10:30 a.m. in Courtroom No. 1
before Judge Snyder.

IT IS SO ORDERED.

Dated:   January 31, 2012                          /s/ Sandra M. Snyder
                                        UNITED STATES MAGISTRATE JUDGE