BENJAMIN B. WAGNER
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, CA 95814-2322
Telephone:  (916) 554-2760
Facsimile:  (916) 554-2900
Email: yoshinori.himel@usdoj.gov

Attorney for Petitioner United States of America

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>           Petitioner,  )<br>  )<br>      v.  )<br>  )<br>  )<br>KEITH J. WILDES,  )<br>  )<br>           Respondent.  )<br>  )<br>  )<br>_____ ) | 1:11-cv-01971-AWI-SMS<br><br>**PETITIONER'S NOTICE OF COMPLIANCE; ORDER CLOSING FILE**<br><br><br>**TAXPAYER: KEITH J. WILDES** |

TO THIS HONORABLE COURT:

   PLEASE TAKE NOTICE that in petitioner's view, respondent has sufficiently complied with the summons to be enforced here. The case can and should be closed.


Dated:  April 30, 2012                              BENJAMIN B. WAGNER
                                                    United States Attorney


                                              By:   /s/ *YHimel*
                                                    YOSHINORI H. T. HIMEL
                                                    Assistant U. S. Attorney

## **ORDER**

Upon Petitioner's notice of compliance and recommendation, the Clerk of the Court is DIRECTED to close this file.

IT IS SO ORDERED.

Dated:  May 1, 2012

CHIEF UNITED STATES DISTRICT JUDGE