BENJAMIN B. WAGNER
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, CA 95814-2322
Telephone:  (916) 554-2760
Facsimile:  (916) 554-2900
Email: yoshinori.himel@usdoj.gov

Attorney for Petitioner United States of America

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:11-cv-01971-AWI-SMS |
| Petitioner, | **PETITIONER'S NOTICE OF COMPLIANCE; ORDER CLOSING FILE** |
| v. | |
| KEITH J. WILDES, | TAXPAYER: KEITH J. WILDES |
| Respondent. | |

TO THIS HONORABLE COURT:

   PLEASE TAKE NOTICE that in petitioner's view, respondent has sufficiently complied with the summons to be enforced here. The case can and should be closed.

Dated:  April 30, 2012                      BENJAMIN B. WAGNER
                                            United States Attorney

                                      By:   /s/ YHimel
                                            YOSHINORI H. T. HIMEL
                                            Assistant U. S. Attorney

## **ORDER**

Upon Petitioner's notice of compliance and recommendation, the Clerk of the Court is DIRECTED to close this file.

IT IS SO ORDERED.

Dated:   May 1, 2012

CHIEF UNITED STATES DISTRICT JUDGE